United States District Court
Akron Region

FILED
00 FEB 16 PM 4:50

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

KAREN R. HASKINS )  CASE NO.
635 Noah Avenue )
Akron, Ohio 44320 )  5:00CV 0464
)
    Plaintiff, )  JUDGE
)
)  JUDGE GWIN
v. )
)
)
SUMMA HEALTH SYSTEM )
525 Market Street )  MAG. JUDGE GALLAS
Akron, Ohio 44305 )
)
)
    Defendant. )

    Now comes the Plaintiff, Karen R. Haskins, to file her claim of race discrimination in violation of Title VII of the Civil Rights Act of 1964 and the Ohio Civil Rights Act, Chapter 4112 of the Ohio Revised Code.

    1.    I am an employee of Summa Health System ("Summa"). I have worked for Summa since October 6, 1983.

    2.    On February 11, 1999, I was notified that my position as Financial Counselor was going to be eliminated. I was one of five African-American women whose positions were eliminated. No white women were terminated or transferred even though many had much less seniority.

    3.    I was given the chose of accepting a lay-off with severance or accepting a transfer to another department. I was given one day to make my decision. I accepted the transfer and was required to work three twelve-hour shifts instead of my regular eight-hour shift five days a week. I subsequently lost all my benefits.

    4.    I was discriminated against by Summa based on my race in violation of Title VII of the Civil Rights Act of 1964 and Ohio Revised Code Chapter 4112.

    5.    I filed a charge with the Ohio Civil Rights Commission, Akron

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974;See Privacy Act Statement before completing this form. | AGENCY<br>[x] FEPA<br>[ ] EEOC | CHARGE NUMBER |
|---|---|---|

## OHIO CIVIL RIGHTS COMMISSION AND EEOC

| NAME (INDICATE MR., MS, MRS.)<br>Karen R. Haskins | HOME PHONE NUMBER (include area code)<br>330/ 867-5415 | |
|---|---|---|
| STREET ADDRESS<br>814 Storer Ave. | CITY,STATE,ZIP CODE, AND COUNTY<br>Akron, Ohio 44320 | DATE OF BIRTH<br>9-12-64 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW.)

| NAME<br>Akron City Hospital (Summa) | NUMBER OF EMPLOYEES 15+ | TELEPHONE (include area code)<br>330/ 375-3000 | |
|---|---|---|---|
| STREET ADDRESS<br>525 E. Market St. | CITY,STATE AND ZIP CODE<br>Akron, Ohio 44304 | | COUNTY<br>Summit |
| NAME | | TELEPHONE (include area code) | |
| STREET ADDRESS | CITY,STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES))<br>[x] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN<br>[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] OTHER (SPECIFY) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST(ADEA/EPA)   LATEST(ALL)<br>2-11-99<br>[ ] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (IF ADDITIONAL SPACE IS NEEDED, ATTACH EXTRA SHEET(S):

I. I am African-American. On February 11, 1999 I was forced to transfer from my position of Financial Counselor in order to retain my employment. This transfer entailed me working in a less desirable, lower paying position.

II. Diane Kramenak, Director of Financial Services, and Rebecca DiRocco, Manager, informed me in person that I would be either transferring or signing a severance package because my position was eliminated.

III. I believe I have been unlawfully discriminated against based on my race for the following reasons:

a) I have been employed since October 6, 1983 and have established a good work record.
b) I am aware that less qualified, less senior Caucasian employees retained their position of Financial Consultants.
c) The company used a points system to determine who would be eliminated. This system was arbitrary, subjective and had an adverse affect upon African-Americans who were in the department.
d) As such, I feel my race was a factor in my being forced to transfer and all other reasons stated are pretextual.

bas

| [x] I ALSO WANT THIS CHARGE FILED WITH THE EEOC. I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURE. | NOTARY (When necessary for State and Local Requirements)<br>I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. |
|---|---|
| I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.<br><br>DATE<br><br>CHARGING PARTY SIGNATURE | SIGNATURE OF COMPLAINANT<br>*Karen R Haskins*<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (DAY, MONTH, YEAR) 2/24/99<br>OCRC Representative |