| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974;See Privacy Act Statement before completing this form. | AGENCY<br>[x] FEPA<br>[ ] EEOC | CHARGE NUMBER |
|---|---|---|

## OHIO CIVIL RIGHTS COMMISSION AND EEOC

| NAME (INDICATE MR., MS, MRS.)<br>Karen R. Haskins | HOME PHONE NUMBER (include area code)<br>330/ 867-5415 | |
|---|---|---|
| STREET ADDRESS<br>814 Storer Ave. | CITY, STATE, ZIP CODE, AND COUNTY<br>Akron, Ohio 44320 | DATE OF BIRTH<br>9-12-64 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW.)

| NAME<br>Akron City Hospital (Summa) | NUMBER OF EMPLOYEES 15+ | TELEPHONE (include area code)<br>330/ 375-3000 | |
|---|---|---|---|
| STREET ADDRESS<br>525 E. Market St. | CITY, STATE AND ZIP CODE<br>Akron, Ohio 44304 | | COUNTY<br>Summit |
| NAME | | TELEPHONE (include area code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES))<br>[x] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN<br>[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (SPECIFY) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST(ADEA/EPA)   LATEST(ALL)<br>2-11-99<br>[ ] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (IF ADDITIONAL SPACE IS NEEDED, ATTACH EXTRA SHEET(S)):

I. I am African-American. On February 11, 1999 I was forced to transfer from my position of Financial Counselor in order to retain my employment. This transfer entailed me working in a less desirable, lower paying position.

II. Diane Kramenak, Director of Financial Services, and Rebecca DiRocco, Manager, informed me in person that I would be either transferring or signing a severance package because my position was eliminated.

III. I believe I have been unlawfully discriminated against based on my race for the following reasons:

 a) I have been employed since October 6, 1983 and have established a good work record.
 b) I am aware that less qualified, less senior Caucasian employees retained their position of Financial Consultants.
 c) The company used a points system to determine who would be eliminated. This system was arbitrary, subjective and had an adverse affect upon African-Americans who were in the department.
 d) As such, I feel my race was a factor in my being forced to transfer and all other reasons stated are pretextual.

bas

| [x] I ALSO WANT THIS CHARGE FILED WITH THE EEOC. I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURE. | NOTARY (When necessary for State and Local Requirements) |
|---|---|
| | I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. |
| I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.<br><br>DATE<br><br>CHARGING PARTY SIGNATURE | SIGNATURE OF COMPLAINANT<br>Karen R Haskins<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (DAY, MONTH, YEAR)<br>2/24/99<br>OCRC Representative |



# Equal Employment Opportunity Commission

Equal Employment Opportunity Comm
1660 W 2nd St, Skylight Tower, #850
Cleveland, OH 44113-1454

EEOC No.: 22A995314         Certified No.: Z-166-460-048
FEPA No.: AKR023524

Charging Party

Karen R Haskins
814 STORER AVE.
AKRON, OH 44320

Respondent

AKRON CITY HOSPITAL (SUMMA)
525 E. MARKET ST.
AKRON, OH 44309

## DETERMINATION

Under the authority vested in me by the Commission, I issue the following determination as to the merits of the subject charge.

Respondent is an employer within the meaning of Title VII and the timeliness, deferral and all other jurisdictional requirements have been met. Substantial weight has been accorded to the findings of the The Ohio Civil Rights Commission.

I have determined that the evidence obtained during the investigation does not establish a violation of the statute.

This determination concludes EEOC's processing of the subject charge. As the charge alleged a Title VII violation, this is notice that if the Charging Party wishes to pursue this matter further, (s)he may do so by filing a private action in U.S. District Court against the Respondent(s) named above within 90 days of receipt of this Determination. Once this 90 day period is over, the right to sue will be lost. Filing this notice is not sufficient. A court complaint must contain a short statement of the facts of this case which shows that the aggrieved party is entitled to relief.

The lawsuit must be filed in U. S. District Court. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

If the Charging Party cannot afford, or is unable to obtain a lawyer to represent him/her, the U. S. District Court having jurisdiction in the case may, at its discretion, assist the party in obtaining a lawyer. If (s)he plans to ask the U. S. District Court to help find a lawyer, (s)he must make this request of the court in the form and manner it requires. The

Page Two
Charge No.: 22A995314

request to the U. S. District Court should be made well before the end of the period mentioned above. A request for representation does not relieve the Charging Party of the obligation to file a lawsuit within this 90-day period.

The parties are reminded that federal law prohibits retaliation against individuals who have exercised their right to protest acts they believe violate the laws enforced by the Commission. Retaliation against individuals who have participated in the processing of charges or complaints by the Commission is also prohibited. These protections extend to the individuals regardless of the Commission's determination concerning the merits of the charge.

Pursuant to the Commission's regulations, this file will be destroyed two years after the date of determination.

On Behalf of the Commission:

NOV 18 1999
Date

C. Larry Watson
Director

cc: The Ohio Civil Rights Commission

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
CLEVELAND DISTRICT OFFICE
Tower City - Skylight Office Tower
1660 West Second Street - Suite 850
Cleveland, Ohio 44113-1412

CERTIFIED MAIL

Z 166 460 048

FINAL NOTICE

Karen R Haskins
814 STORER AVE.
AKRON, OH 44320

Charg

11/12/99
11-23
12-3